# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DON PATRICK BARRINGTON

NO. 2021 KW 0968

**DEC 1 6 2021**

---

In Re:    Don Patrick Barrington, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 602735.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

    **WRIT DENIED.**

                    PMc
                    JEW
                    MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT